**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6913**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ALVIN BERNARD TRUESDALE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:92-cr-00034-RJC-1)

Submitted:  June 25, 2024                          Decided:  June 27, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alvin Bernard Truesdale, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Bernard Truesdale appeals the district court's order granting his motion to reduce his sentence to time served and denying several pro se motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Truesdale*, No. 3:92-cr-00034-RJC-1 (W.D.N.C. Aug. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*